**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DARRELL GUNN,

                     Plaintiff,

    -against-

DR. ROBERT BENTIVEGNA, et al.,

                   Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2021

20 **CIVIL** 2440 (KMK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 8, 2021, Defendants' Motion To Dismiss is granted. Because this is the second adjudication of Plaintiff's claims on the merits, the claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       September 9, 2021

                                                     RUBY J. KRAJICK

                                                     Clerk of Court

                           BY:
                                                      **Deputy Clerk**